**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10666 |
| Plaintiff - Appellee, | D.C. No. 4:11-cr-03907-JGZ |
| v. | |
| JUAN VASQUEZ-ALMANZA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Jennifer G. Zipps, District Judge, Presiding

Submitted November 19, 2013[**]

Before:    CANBY, TROTT, and THOMAS, Circuit Judges.

Juan Vasquez-Almanza appeals from the district court's judgment and

challenges his guilty-plea conviction and 51-month sentence for reentry after

deportation, in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*, 386

U.S. 738 (1967), Vasquez-Almanza's counsel has filed a brief stating that there are

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Vasquez-Almanza the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**